IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SU THANH NGUYEN and HONGDAO THI VO,  Plaintiffs, v.  ALLY FINANCIAL, INC. and GMAC MORTGAGE, a division of Ally Financial, Inc. d/b/a DITECH  Defendants | Case No. 3:10-cv-531 |

## ORDER

**THIS MATTER** is before the Court on Defendants Ally Financial, Inc. ("Ally"), DITECH Mortgage ("Ditech") and GMAC Mortgage, LLC's ("GMACM") Motion to Dismiss Complaint.

After reviewing the pleadings filed by the parties, **IT APPEARS** to the satisfaction of this Court to grant defendants Ally, Ditech and GMACM's request to dismiss the Complaint, with prejudice.

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiffs Su Thanh Nguyen and Hongdao Thi Vo is hereby **DISMISSED, WITH PREJUDICE**, costs taxed as paid. **IT IS FURTHER ORDERED** that Plaintiffs Su Thanh Nguyen and Hongdao Thi Vo shall first seek leave of this Court before

1

filing any similar action against Ally, GMACM or Ditech arising out of the facts at issue in the Complaint.

This 21st day of January, 2010.

_____
PRESIDING JUDGE
UNITED STATES DISTRICT COURT