# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 11-40181

SU THANH NGUYEN,

    Plaintiff - Appellant

v.

ALLY FINANCIAL, INC.; GMAC MORTGAGE; DITECH MORTGAGE,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Galveston

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of April 13, 2011, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

                    LYLE W. CAYCE
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

                    By: _____
                    James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

*Dismissal Order  LR42- DIS2*